UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 4:09CR00028 ERW |
| JOHN A. GILLIAM, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant John A. Gilliam's Motion to Extend Voluntary Surrender Date [doc. #21]. Counsel for the Government states no objection to this request.

**IT IS HEREBY ORDERED** that the Court extends the reporting date of Defendant John A. Gilliam from May 19, 2009, to **June 15, 2009**. Defendant John A. Gilliam shall surrender himself to the Bureau of Prison authorities at the Federal Correctional Institute in Manchester, Kentucky, no later than **1:00 p.m.** on said date.

So Ordered this 11th Day of May, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE